IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT,
IN AND FOR LEE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

JASON HOLLIS and KIMBERLY
HOLLIS,

      Plaintiffs,                                    CASE NO.:

vs.

FIRST COMMUNITY INSURANCE
COMPANY,

      Defendant.
_____/

## COMPLAINT

**COMES NOW** Plaintiffs, JASON HOLLIS and KIMBERLY HOLLIS (hereinafter "Plaintiffs"), by and through undersigned counsel, and herein files this Complaint against Defendant, FIRST COMMUNITY INSURANCE COMPANY (hereinafter "Defendant"), and allege as follows:

1. This is an action for damages which exceeds fifty thousand dollars ($50,000.000) exclusive of interest, costs and attorney's fees, which is within the jurisdictional limits of this Court in accordance with Section 26.012 of the Florida Statutes.

2. Plaintiffs are natural persons, sui juris, and at all times material hereto have resided in Lee County, Florida.

3. Defendant is a Florida corporation which, at all times material hereto, was engaged in the business of issuing and servicing homeowners' insurance policies in Lee County, Florida.

4. Venue in Lee County, Florida is proper in this action under Sections 47.011 and 47.051 of the Florida Statutes because this actions giving rise to this cause of action occurred in this county.

1

DAVID LOW & ASSOCIATES, P.A. • 2400 EAST COMMERCIAL BOULEVARD, SUITE 511•
FORT LAUDERDALE, FLORIDA 33308
(T) (305) 935-8986 • (F) (305) 675-2685

eFiled Lee County Clerk of Courts Page 1

## GENERAL ALLEGATIONS

5. At all times material hereto, Plaintiffs owned the real property located at 15981 Nelsons Court, Fort Myers, Florida 33908, in Lee County, Florida ("the Property"), which was insured by a policy of insurance issued by Defendant and identified as policy number 09-6820429359-01 ("the Policy"). A true and correct copy of the Declarations Page is attached hereto as Exhibit "A".

6. Plaintiffs have paid all premiums due under the subject Policy, which was in full force and effect at all relevant times alleged herein.

7. On or about September 28, 2022, Plaintiffs' Property suffered sudden and direct, physical damages as a result of Hurricane Ian.

8. The damage to the Property was caused by a covered-peril as defined by the terms of the subject insurance Policy.

9. Plaintiffs provided timely notice of this loss and made a claim to Defendant, specifically seeking payment of insurance policy benefits to repair the damages to the Property and to restore the Property to its pre-loss condition.

10. Defendant acknowledged the claim, by and through its agents, employees or assigns, and then sent its own loss consultants out to the Property to examine the damages and perform services related to the adjustment of the subject claim.

11. Defendant assigned claim number 6820429359 to the loss.

12. A diligent inspection of the loss by Plaintiffs and their representatives revealed the Property sustained damage which Defendant agreed to provide coverage for under the terms of the insurance Policy.

13. Defendant afforded coverage for the claim.

14. Defendant paid policy benefits on the claim after it reduced the coverage by the Policy's

2

DAVID LOW & ASSOCIATES, P.A. • 2400 EAST COMMERCIAL BOULEVARD, SUITE 511•
FORT LAUDERDALE, FLORIDA 33308
(T) (305) 935-8986 • (F) (305) 675-2685

eFiled Lee County Clerk of Courts Page 2

deductible and depreciation.

15.  Through its payment on the claim, Defendant admitted liability for the loss.

16.  However, Defendant's payment on the claim is inadequate to repair Plaintiffs' Property to its pre-loss condition as a result of the loss.

17.  It is undisputed that Plaintiffs and Defendant entered into a written contract, the Policy, wherein Plaintiffs agreed to pay a premium and Defendant agreed to insure the Property.

18.  Defendant had a duty under the subject insurance contract to fully compensate Plaintiffs for all losses covered under the subject Policy.

19.  Further, all conditions precedent to payment of the claim have occurred, have been performed, have otherwise been satisfied by Plaintiffs, or have been waived by Defendant.

20.  Defendant breached the Policy by its failure and/or refusal to make full and proper payment of insurance proceeds to Plaintiff which caused corresponding financial damage.

21.  Plaintiffs have retained the undersigned lawyer to represent them in this matter, and upon entry of judgment in favor of the Plaintiffs, Defendant would be liable for all fees and costs reasonably incurred in connection with the prosecution of this action under § 627.428, Florida Statutes.

WHEREFORE, Plaintiffs seeks entry of judgment against Defendant for damages caused by Defendant's breach of the Policy, plus court costs, prejudgment interest, and reasonable attorney's fees. A jury trial is further demanded on all issues triable by a jury.

3

DAVID LOW & ASSOCIATES, P.A. • 2400 EAST COMMERCIAL BOULEVARD, SUITE 511•
FORT LAUDERDALE, FLORIDA 33308
(T) (305) 935-8986 • (F) (305) 675-2685

eFiled Lee County Clerk of Courts Page 3

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** a true and correct copy of the foregoing will be served on Defendant along with the Summons in this action.

**DATED** this 20th day of December, 2023.

    Respectfully submitted,

    **DAVID LOW & ASSOCIATES, P.A.**
    2400 East Commercial Boulevard, Suite 511
    Fort Lauderdale, Florida 33308
    Tel.: (305) 935-8986
    Fax: (305) 675-2685
    E-Service Email: eservice@davidlowpa.com
    Non-Service Email: jcanaura@davidlowpa.com

    By: /s/ *Jose M. Canaura*
        DAVID LOW, ESQ.
        Florida Bar No.: 67957
        **JOSE M. CANAURA, ESQ.**
        Florida Bar No.: 1024996

4

DAVID LOW & ASSOCIATES, P.A. • 2400 EAST COMMERCIAL BOULEVARD, SUITE 511•
FORT LAUDERDALE, FLORIDA 33308
(T) (305) 935-8986 • (F) (305) 675-2685

eFiled Lee County Clerk of Courts Page 4